# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131974

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GREGORY RONALD COLEMAN,
      Defendant-Appellant.

SC: 131974
COA: 270998
Oakland CC: 2005-200328-FC

_____/

      On order of the Court, the application for leave to appeal the July 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

_____
Clerk

t1120